ROSARIO PIAZZA, Appellant, *v.* FISCHER BAKING COMPANY, Respondent.

Supreme Court, Appellate Term, Second Department, December 6, 1951.

*Joseph A. Mauro* for appellant.

*Ernest I. Neidorff* and *A. I. Madison* for respondent.

Judgment affirmed, with costs.

Concur: FENNELLY, HOOLEY and WALSH, JJ.